(No. 785—Claim denied.)

EDWIN O. LINDEN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

BONUS ACT—*court is without jurisdiction.* The court is without jurisdiction to consider a claim of a soldier for compensation under the Bonus act.

SAME—*Service Recognition Board.* The Service Recognition Board has exclusive jurisdiction in the consideration of claim of soldier under the Bonus act.

LEE W. CARTER, for claimant.

EDWARD J. BRUNDAGE, Attorney General; GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim for soldier's compensation. The State, by its Attorney General, comes and files its statement denying the legal or equitable right of the claimant and alleges that this court is without jurisdiction, owing to the fact that the intention of the bonus act was to vest the service recognition board with exclusive jurisdiction and pass upon and finally dispose of all claims filed under that act.

It is the opinion of the court that this contention is correct. Therefore, the claim is denied.